UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:23-cv-00694-JLS-AFM                                              Date:  January 06, 2025
Title:  Tomasa Rosario Tol Tol et al v. Combined Transport, Inc. et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Kelly Davis | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:        ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                                          Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER TO SHOW CAUSE RE: FAILURE TO SUBMIT APPLICATION TO SEAL**

On December 16, 2024, the Court ordered Plaintiffs to review and, where relevant, identify and submit applications to seal any information within their filings on the public docket in this case that they believe requires redaction and/or sealing.  (*See* Doc 35.)  The Court so ordered because Plaintiffs' Petition, as well as other filings on the public docket, contain minor Plaintiffs' full names.  Plaintiffs, however, did not filed an application to seal. The Court ORDERS Plaintiffs to show cause no later than **five (5) days** from the issuance of this Order for their failure to file an application to seal.  Failure to timely and adequately respond to this Order will result in the imposition of monetary sanctions.

Further, the Court ORDERS provisionally sealed those filings on the docket that contain minor Plaintiffs' full names. (Docs. 1, 2, 3, 4, 12, 13, 14, 16, 21, 22, 24, 26, 27, 28, 29, 30, 31, 32, 33, 34.)  Plaintiffs shall forthwith file amended versions of each above-mentioned document redacting minor Plaintiffs' full names.  Failure to timely file redacted documents will result in the imposition of monetary sanctions.

Initials of Preparer:  kd