**BD&J, PC**
OLIVIER A. TAILLIEU (SBN 206546)
  ot@bhattorneys.com
JENNIFER BAGOSY (SBN 223145)
  jby@bhattorneys.com
9701 Wilshire Blvd., 12th Floor
Beverly Hills, CA 90212
Telephone: (310) 887-1818
Facsimile: (310) 299-7592

Attorneys for Plaintiffs TOMASA ROSARIO TOL TOL, AN INDIVIDUAL, A▮▮▮▮ E▮▮▮▮▮▮▮ X▮▮▮ T▮ AND W▮▮▮▮ E▮▮ X▮▮▮ T▮

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMASA ROSARIO TOL TOL; A▮▮▮▮ E▮▮▮▮▮▮▮ X▮▮▮ T▮ and W▮▮▮▮ E▮▮ X▮▮▮ T▮<br><br>Plaintiffs,<br><br>vs.<br><br>COMBINED TRANSPORT, INC.; BLACKWELL CONSOLIDATION, LLC; JAMES THOMAS WHITNEY, an individual, and DOES 1-20, inclusive<br><br>Defendants. | Case No. 2:23-cv-00694-JLS-AFM<br><br>**PLAINTIFFS' NOTICE OF SETTLEMENT**<br><br>Complaint Filed: January 27, 2023<br>Trial Date: Not Set |

TO THE COURT, ALL PARTIES, AND ANY ARBITRATOR OR OTHER COURT-CONNECTED ADR NEUTRAL INVOLVED IN THIS CASE:

This entire action case has been settled, and the settlement is unconditional. The settlement terms are final. The settlement date is February 13, 2024. The next scheduled hearing date is February 7, 2025, which is the Final Pretrial Conference.

Dated: February 20, 2024          **BD&J, PC**
OLIVIER A. TAILLIEU
JENNIFER R. BAGOSY

By: _(signature)_
Attorneys for Plaintiffs TOMASA ROSARIO TOL TOL, AN INDIVIDUAL, A████ E████████ X████ T██ AND W██████ E███ X████ T██

# PROOF OF SERVICE

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

### Case Number 2:23-cv-00694-JLS-AFM

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 9701 Wilshire Blvd., 12th Floor, Los Angeles, California 90212.

On, February 20, 2024, I served true copies of the following document(s) described as **PLAINTIFFS' NOTICE OF SETTLEMENT**, on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

☐ **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed on the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with BD&J's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ **BY OVERNIGHT DELIVERY**: I enclosed the document(s) in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses listed on the Service List. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

X **BY ELECTRONIC SERVICE**: Based on a court order or an agreement of the parties to accept electronic service, I caused the document(s) to be sent to the persons at the electronic service addresses listed on the Service List.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 20, 2024, at Los Angeles, California.

Gabriel Fittipaldi

3
**PLAINTIFFS' NOTICE OF SETTLEMENT**

# SERVICE LIST

*Tomasa Tol, et al., v. Combined Transport, Inc., et al.*
Case No.: 2:23-cv-00694-JLS-AFM

| | |
|---|---|
| Bradford G. Hughes, Esq.<br>Mariah K. Emmons, Esq.<br>CLARK HILL LLP<br>555 South Flower Street, 24th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 891-9100<br>Facsimile: (213) 488-1178<br>Email: bhughes@clarkhill.com<br>Email: memmons@clarkhill.com | ATTORNEYS FOR DEFENDANT'S COMBINED TRANSPORT, INC., BLACKWELL CONSOLIDATION, LLC, AND JAMES THOMAS WHITNEY |

4
**PLAINTIFFS' NOTICE OF SETTLEMENT**